Marcus Powell

PO BOX 7940

Tempe, Az 85281

lamhe3239@gmail.com

480-590-5514

4/01/2020



```
  FILED      ___ LODGED
  RECEIVED   ___ COPY

       APR 01 2021

  CLERK U S DISTRICT COURT
     DISTRICT OF ARIZONA
  BY_____ DEPUTY
```

## IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ARIZONA

**Marcus Powell**

**V**

**Housing Urban Development (HUD) et al, Scottsdale Housing Authority (SHA) et al , Michelle Albanese, Phil Grant, Irma Hollamby**

**CV21-00562-PHX-MTM**

**Jurisdiction:** Plaintiff is a currently a homeless resident within Maricopa County. Plaintiff was granted housing voucher through Scottsdale Housing Authority and Section 8 on or about August 2018. Criminal actions by defendants occurred and continue to occur within Maricopa County.

**Complaint:** In or around November 2019 defendants became aware of Domestic Violence by hostile neighbors harassing plaintiff and children on school grounds in which police were called and neighbor removed from school grounds. Under HUD client rights handbook and policy to live in a non harassing environment.

In or around November 2019 Plaintiff asserted his civil rights by requesting a accommodation for a 3rd bedroom based upon his religious and spiritual beliefs. Under the Fair housing act and executive orders and Religious freedoms and restorations acts.

In or around November 2019 Plaintiff requested accommodation through assigned "housing Specialist" Michelle Albanese and Phil Grant. Defendants neglected to offer accommodation or acknowledge my accommodation request or offer any type of resolution as they simply ignored request and ultimately forced plaintiff into eviction as he awaited resolution through specified agencies and mitigations.

In or around November 2019 plaintiff submitted verbal and written religious non-discrimination accommodation request.

In or around November 2019 plaintiff submitted a discrimination complaint with Fair housing office.

In or around December 2019 submitted discrimination complaint with H.U.D.

In or around December 2019 plaintiff was forced into eviction proceedings even though federal law states the eviction proceedings should have been stayed as an open fair housing discrimination complaint was submitted. US code 29-USC-1441-1442.  Plaintiff committed no act warranting eviction.

In or around December 2019 plaintiff filed a discrimination complaint with the attorney general, which was dismissed without any explanation or legal standard or policy as reasoning,(separate civil action Marcus Powell v attorney general pending)

In or around November-December 2020 plaintiff submitted requests through shelter case worker for extensions on housing voucher as he awaited his process to play out with complaints filed with agencies. Plaintiff's emails and requests went ignored.

In November 2020 and March 2020 plaintiff requested instatement and information to proceed with original 2 br voucher from Scottsdale Housing Authority/HUD, as attorney general was becoming lack luster barely responsive and neglectful in its communication and efficiency with plaintiff. A supposed 100 day investigation was now at approx. 1year and family required shelter. Defendant Irma Hollamby representing Scottsdale Housing and HUD told plaintiff "we no longer have a relationship". Phone was disconnected. This became a pattern when attempting to address concerns with SHA

**Legal Standard:**

*Executive Order 13798 4.82 Federal Regulation 21675

*Title VI of the Civil Rights Act of 1964 prohibits discrimination based on race, color, or national origin in programs or activities receiving federal financial assistance. ... The Title VI regulation prohibits retaliation for filing an OCR complaint or for advocacy for a right protected by Title VI.

* The Fair Housing Act of 1988 prohibits this discrimination because of race, color, national origin, religion, sex, familial status, and disability.

*US Code 29-USC-1441-1442

*US Code 15 USC 3151

*US Code 31 USC 6711

*Religious Freedom Restoration Act of 1993

*HUD client rights handbook and policy

**Claim 1: Discrimination:** the defendants committed the illegal act of discrimination by ignoring and failing to accommodate plaintiff's religious and spiritual requirements by allowing eviction with children, and and refusing to acknowledge already approved voucher And by choosing not to abide by, adhere and apply legal standards, Federal religious freedom acts and executive orders. US Code 29-USC-1441-1442;   US Code 15 USC 3151; US Code 31 USC 6711; Title VI civil rights act of 1964;  Fair Housing Act of 1988; Religious Freedom Restoration Act of 1993; Executive Order 13798 4.82 Federal Regulation 21675; HUD client rights handbook and policy

**Claim 2: Retaliation:** the defendants committed retaliation by revoking plaintiffs housing voucher and/or allowing voucher to expire by ignoring calls and emails and attempts to mitigate and reconcile and By allowing eviction and refusing to acknowledge already approved voucher. And by choosing not to abide by, adhere and apply legal standards, Federal religious freedom acts and executive orders. US Code 15 USC 3151;  US Code 31 USC 6711; Title VI civil rights act of 1964;  Fair Housing Act of 1988; Religious Freedom Restoration Act of 1993; Executive Order 13798 4.82 Federal Regulation 21675; HUD client rights handbook and policy

**Claim 3: infliction of emotional distress:** Defendants actions have inflicted severe emotional distress.

**Claim 4: Neglect of Children:** Defendants actions were neglectful of my children, hostile and malicious by allowing eviction and not ensuring approved voucher. And by choosing not to abide by, adhere and apply legal standards, Federal religious freedom acts and executive orders.   Defendants were fully aware of legal, civil, moral and ethical violations they were committing and difficult situation plaintiff's family was in as they patiently awaited the proper agencies to fulfill duties properly, in an efficient manner. Defendants were fully aware plaintiff had custody of 2 minor children and was awaiting approval of Social security/disability benefits and plaintiff and children were living in homeless shelters and were in desperate need of housing  Children are in agreement with The Father on all accounts and claims.

**Claim 5: Breach of contract:** Defendants breached agreement and contract by not protecting plaintiff against eviction  and refusing to acknowledge already approved voucher and by not abiding by legal standards, acts and orders. US Code 29-USC-1441-1442;    US Code 15 USC 3151;  US Code 31 USC 6711; Title VI civil rights act of 1964;  Fair Housing Act of 1988; Religious Freedom Restoration Act of 1993; Executive Order 13798 4.82 Federal Regulation 21675; HUD client rights handbook and policy

Plaintiff requests a jury trial.

**Relief desired:** Plaintiff Desires: Immediate instatement of housing voucher, a complete overhaul of all that are in authority at Scottsdale Housing and Section 8 and $20,000,000, due to an outrageous abuse of authority within system that inflicted undue pain and suffering to plaintiff and 2 minor children.

*Marcus Powell*

*[signature]*